# Order

Michigan Supreme Court
Lansing, Michigan

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

142146

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ORLANDO DEENAIR DAVIS,
     Defendant-Appellant.

SC: 142146
COA: 299259
Calhoun CC: 08-002807-FC

_____/

On order of the Court, the application for leave to appeal the October 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

0321